# Court of Appeals
## Tenth Appellate District of Texas

10-25-00103-CR
10-25-00104-CR

Jeremy Joe Freeman,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
52nd District Court of Coryell County, Texas
Judge Trent D. Farrell, presiding
Trial Court Cause Nos. 21-26968, 22-27403

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Jeremy Joe Freeman was convicted of two separate felony offenses of violation of a bond or court order, *see* TEX. PENAL CODE 25.07(a)(2), (g)(2), and sentenced to 10 years in prison for each offense. We affirm the trial court's judgments.

Freeman's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the

appellate record and that, in his opinion, the appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-320 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988). After a review of the entire record in these appeals, we have determined the appeals to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgments.

Counsel's motions to withdraw from representation of Freeman are granted.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  August 7, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed
Motions granted
Do Not Publish
CR25

